**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**  NO. 4:15CR00194-BSM

**MICHAEL JONES**

## ORDER

On January 14, 2016, the Court issued a warrant for Michael Jones; on January 15, 2016, that warrant was recalled. (Doc. No. 25.) On February 18, 2016, Mr. Jones was inadvertently arrested and should be released immediately. Therefore, the Craighead County Detention Center is directed to release Mr. Jones forthwith.

IT IS SO ORDERED this 19th day of February, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE